## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# Case No. ___09-23440 CIV JAL/WC

# The attached hand-written document
# has been scanned and is
# also available in the
# SUPPLEMENTAL
# PAPER FILE

1 of 1
1 of 1

(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 09 - 23440

09 - CIV - 23440 - Lenard/
Turnoff

The Miccosukee Tribe of Indians
of Florida

_____
Plaintiff(s)

v.

Marlene Graham
Defendant
_____
_____
_____
Defendant(s)

FILED by _____ D.C.

DEC - 7 2009

STEVEN M. LARIMORE
CLERK U S DIST CT
S. D. of FLA   MIAMI

My answer to the above mentioned
case
*(TITLE OF DOCUMENT)*

I, Marlene Graham plaintiff or (defendant) in the above styled cause,

Please see

Following pages,

Thank you

Marlene Graham

Regarding Case Number 09-23440 09-CIV-23440-LENERD/TURNOFF
The Miccosukee Tribe of Indians of Florida, Plaintiff vs Marlene Graham, Defendant
United States District Court, Southern District of Florida
FILED BY MICHAEL TEIN, ESQ, LEWIS TEIN, P.L. 3059 Grand Avenue, Suite 340,
Coconut Grove, Florida 33133

Address: 1443 Marlin, Naples FL 34102

**Please accept the following as my answer to the above mentioned case. I deny the
allegations of the lawsuit and respectfully request that the case be dismissed based
on the information that follows:**

## ABOUT MARLENE GRAHAM

My name is Marlene Graham. I am a real estate agent and long-time travel writer based
out of Naples Florida. I am well-respected as a person who encourages others to
appreciate the peoples and the many great venues of our country. In that regard I have
been featured on Oprah, The View and many media outlets including the Miami Herald.

As a hard-working widow and mother of two you can imagine my shock to discover the
Miccosukee nation had filed a lawsuit against me. I first learned about this through
attorney mailings wanting me to retain them in some matter of which I had no idea I was
involved. Prior to this I had no legal contact with the Miccosukees. No queries, no cease
and desists, just a lawsuit that was delivered to me.

At first I thought perhaps I had inadvertently done something wrong and then I realized
the issue was a domain I own by the name of MiccosukeeFlorida.com.

## REGARDING GENERAL ALLEGATIONS: TOWN OF MICCOSUKEE
## FLORIDA AND MY FAIR AND LAWFUL USE OF THE DOMAIN NAME
## MICCOSUKEEFLORIDA.COM

There is a town in the panhandle of Florida by the name of Miccosukee. It is not on an
Indian reservation and it has no connection to the Miccosukee tribe except that it was
apparently so named due to a historic event there.

As a travel writer, real estate agent and web developer, I own domain names related to
real estate and tourism, many of which are towns in Florida. Some I registered directly
several years ago; others I have acquired through auctions. Domain names for towns and
cities in Florida (and elsewhere around the United States) only make sense for my various
endeavors and the sites I am currently developing out including **TravelTheStates.com**
and **FloridaVisitorCenters.com**, among many others.

These names are pointed variously to real estate sites and tourism sites until I am able to
visit these locations and create town-specific sites. For example, I just visited the town of
Micanopy, Florida and will be creating **MicanopyFlorida.com** telling about the town in

regard to relocation and/or tourism, as well as opportunities for buying real estate. However, it would be just as appropriate to point that name to my real estate site since I am licensed to sell property in the state of Florida and likewise do referrals with agents around the state and, in fact, around the country with one of my complementary sites RealEstateAgentReferrals.com. Attached is copy from that site as well as information from my NaplesHomeFinders.com site to which the domain has occasionally been pointed. As you can see we provide statewide referrals as well as national referrals. **EXHIBIT A**

As an example, the owner of MiamiFlorida.com points that domain name to his real estate site.  I own KeyWestTouristCenter.com and I point Key West and South Florida related domains to that site to help with its page ranking. **EXHIBIT B**

Generally I use the domain names for my many websites. Occasionally I am contacted by individuals who want to buy a domain name from me and in such cases if I don't really need the domain name I will do so. For example I did recently sell **MiamiRealEstateBlog.com** to a Miami real estate agent.

If indeed I was trying to infringe on the Miccosukee tribe, I would own the domain name FloridaMiccosukee, which I do not own. In fact, neither do the Miccosukees. It is still available. (See copy in Exhibit C). There is nothing on my site indicating that I am somehow associated with the Miccosukee tribe. I did not register this domain name in bad faith and I have put this domain name to an appropriate use in the past regarding real estate and tourism, and will continue to use it appropriately in the future. Neither have I ever contacted the Miccosukee Indians to try and sell them the domain name.

As an exhibit, I am including information on the town of Miccosukee, Florida, in general and specifically on the United Methodist Church there and the community center to prove it is a viable community. **EXHIBIT C.**

Incidentally after this lawsuit came to light, I called the people at the United Methodist Church in Miccosukee Florida and they let me know that they were not on an Indian reservation and there were few if any American Indian inhabitants in their town.  They indicated that Miccosukee is a bedroom community to Tallahassee Florida. I am also including proof that people use the town as a mailing address. Please note the woman who is offering swim lessons. She lives in Miccosukee, Florida. People also buy and sell real estate in this town. Examples are attached. Incidentally someone from that area owns MiccosukeeFl.com which is a variation of my domain. **EXHIBIT D**.

Also if you type in Miccosukee Florida as a Google search the first reference is to the town of Miccosukee Florida, a historical small unincorporated community in northeastern Leon County. That is also attached as **EXHIBIT E.**

## JURISDICTION AND VENUE

Venue does not seem correct since the alleged actions occurred in Collier county on the west coast of Florida and the town name in question is located in Leon County in the northern part of the state. I would ask that the venue be re-examined.

## COMPLAINANT'S EXHIBIT D

Please also note complainant's Exhibit D. This was printed from an article I wrote about the Domaining Industry which is a fledgling side business for me. The article was obviously included to be used against me in this matter, but actually shows that I encourage people to not cybersquat or infringe on trademarks. The paragraph reads: **"Also, don't register names or buy names with the intention of diverting business from a well-known competitor by using a version of their name, or a misspelling of their name. You might find yourself in legal hot water. Yes people did that in the past when it was a gray area, but these days there are laws to keep you from confusing consumers, or holding a name hostage and demanding a big payday for the name to be transferred over to a specific business."**

Florida has a proud heritage of the Indian nation which as a traveler, writer and historian I respect. I was a friend on the Pine Ridge Reservation in South Dakota; on the Navajo and Acoma reservations in New Mexico; and on the Apache reservation in Arizona. I've written about the great Indian nations in many articles and in my book, Headfirst Into America, which details my family's travels through all 50 states.

Speaking of which there are hundreds of towns across America other than Miccosukee, Florida named for Indian tribes and no one anticipates those Indian nations to launch lawsuits against the owners of such domain names. Examples include: Chippewa, Wisconsin; Miami, Oklahoma; Choctaw, Oklahoma; Biloxi, Mississippi; and Iroquois, Illinios.

With real estate as it is right now, and the downturn in tourism, and the fact that I have received a refund on my income taxes for the past three years, clearly and sadly there is no profit involved in any of my businesses right now. But I am proud that I have tried to make a difference during this economic downturn keeping my people employed and working around the clock to support my family and keep my doors open despite the untimely death of my husband and business partner.

I'm sure the Miccosukees meant no harm and did not mean to add to the hardships I am currently enduring. And now that they realize there is a town by that name that they will surely appreciate the fact that in no way am I or would I use that domain name in an effort to divert business from their casinos or other business ventures. There is no bad faith involved. And as a travel writer, real estate agent, and tourism website developer who owns the domain name for the town of Miccosukee, Florida, I clearly have

reasonable grounds to believe that the registration and use of the domain is a "fair and lawful use" with no bad faith or intent to injure involved.

I do find it interesting though that although the domain has been registered since 2005, that I was not contacted long ago if there was so much concern about my activities.

Thank you for your kind attention.

(Rev. 10/2002) General Document

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Certificate of Service**

I Marlene Graham certify that on this date Dec 4 2009 a true copy
of the foregoing document was mailed to: Michael Tein
name(s) and address(es)
3059 Grand Avenue #340
Coconut Grove , FL 33133

By: Marlene Graham                    Marlu. Ih
Printed or typed name of Filer        Signature of Filer

                                      Marlenegraham @
Florida Bar Number                    E-mail address     earthlink.net

(239) 821-9046                        (239) 261-8671
Phone Number                          Facsimile Number

1443 Marlin
Street Address

Naples FL 34102
City, State, Zip Code

# EXHIBIT "A"



# MiamiFlorida.com

- [Home](#)
- [Property Search](#)
- [Miami Condo - Map Search](#)
- [About Us - Contact Us](#)
- [RSS](#)
- 



- ## Featured Properties



$1,095,000 Miami Beach 3/2



$1,295,000 Boca Raton 3/2



$3,495,000 Tequesta 4/4

## Wealthy Investors continue to invest in Real Estate! Are you?

**December 3rd, 2009** ·

According to a recent article published by the Wall Street Journal and a recent study published by Barclays Wealth, 75% of respondents felt residential real estate looks attractive from an investment perspective. And about half of the 2,000 respondents expect an increase in the value of their real estate investments over the next two years. Almost 40% of those with assets of $50 million or more have greater than 50% of their portfolio in real estate.

Miami offers today some of the best investment opportunities available in all price ranges.

For more information or if you have any questions or comments, please send me an e-mail to: michael@miamiflorida.com or call me at my mobile 305.450.0036

◄ Share This

**Tags:** Real Estate Market News

## Treasury sets guidance to simplify "short sales"

**December 2nd, 2009** ·

This article states the U.S. Treasury has finally set the guidelines for their "short sale" plan. Although there is nothing posted on the U.S. Treasury's website yet, we are expecting the details to be released shortly at www.financialstability.gov. Please reference this website for the full details of the plan.

If you have any questions or comments, please send me an e-mail to: michael@miamiflorida.com or call me at my mobile 305.450.0036

◄ Share This

**Tags:** Buying Real Estate · Real Estate Market News · Selling Real Estate

## Congress Passed the Federal Homebuyer Tax Credit Extension and Expansion

**November 6th, 2009** ·

On November 4th, 2009, the U.S. Senate voted (98-0) to pass a bill which extended and expanded the federal homebuyer tax credit. On November 5th, 2009, the U.S. House of Representatives did the same (403-12). It's now on its way to the President for his signature which is expected to happen as early as tomorrow!

CLICK HERE to view (and print) a one-page PDF document that outlines the final changes that were approved. All changes made to the current credit and the new additions will become effective when President Obama signs the bill. To summarize:

- **Amount:** Up to $8,000
- **Who:** First-time homebuyers — same definition as current law
- **Amount:** Up to $6,500
- **Who:** Repeat purchasers.  Must have used previous home as a principal residence for 5 of the 8 previous years.
- **Income Limits:** $125,000 for single filers/$225,000 for joint filers.  Same for both first-time and repeat/move-up buyers.
- **Time Frame:** December 1, 2009 to April 30, 2010
- (also includes a 60 Day extension if binding contract is in place by April 30, 2010)
- **Limitation on cost purchased home:** $800,000
- **Anti-fraud measures have been added.**

If you have any questions or comments, please send me an e-mail to: michael@miamiflorida.com or call me at my mobile 305.450.0036

◀ Share This

**Tags:** Real Estate Market News

# Good news for homeowners facing foreclosure!

**November 5th, 2009 ·**

Fannie Mae just released a new policy named "Deed for Lease Program" under which thousands of homeowners that are facing foreclosure will have the opportunity to remain in their homes as tenants.

Under the "Deed for Lease" program, borrowers can transfer ownership to Fannie Mae and sign a one -year lease, with month-to-month extensions after that.

If you have any questions or comments, please send me an e-mail to: michael@miamiflorida.com or call me at my mobile 305.450.0036

◀ Share This

**Tags:** Real Estate Market News

# $8,500.00 New Home Buyers Tax Credit may be extended into 2010

**October 29th, 2009 ·**

According to the Wall Street Journal, "*Senate negotiators reached a tentative deal to extend a tax credit for first-time home buyers, but its passage remains uncertain.*" and a new tax credit of up to $6,500 for existing homeowners is also under consideration.

If you have any questions or comments, please send me an e-mail to: michael@miamiflorida.com or call me at my mobile 305.450.0036

◀ Share This

REMEMBER WE CAN REFER YOU TO GOOD QUALIFIED AGENTS IN ALL PARTS OF FLORIDA AND EVEN IN OTHER PARTS OF THE COUNTRY. ALSO CHECK OUT THE SITE WE ARE DEVELOPING ...

WWW.REALESTATEAGENTREFERRALS.COM

*We refer people to all towns in Florida.*



### MARLENE GRAHAM

Marlene Graham has assembled a Top-Producing team of professionals, with 2 offices located in downtown Naples: 5th Ave. S. and 3rd Street Plaza. Their newest location is at the Big Cypress Marketplace directly in front of the Food Court.

Marlene is formerly from the Midwest. She earned a degree in Broadcast Journalism from the University of Missouri-Columbia and has a solid background in working with television, radio, newspapers and magazines. After college she worked as a television reporter in Kansas, Missouri and in Wisconsin. She moved back to Wichita, Kansas in 1983 to marry Craig Graham, a local real estate agent.

In succeeding years, Marlene founded and operated a number of area publications, hosted a television show of which she was Executive Producer, and published an annual 300 page book entitled Spotlight on Wichita. She sold her publications prior to "hitting the highways" with her husband and 2 children for a 1-year adventure road-trip across all 50 states of America. In fact, this was the second trip of its kind for Marlene, as 20 years earlier she had traveled America with her parents and her younger brother. Their adventures have been documented on such shows as DONNY & MARIE, TODAY, OPRAH, THE VIEW, and even CNN. She is the author of the book detailing their travel adventures, Headfirst Into America!

When it was time to settle the family into a home, there was no hesitation of their destination; Naples, Florida. Marlene joined the real estate industry with her husband and has enjoyed many years of great success. Sadly, her husband passed away in late 2006. Marlene has been succeeding in continuing what she and her husband had started; assembling a team of dedicated professionals working together to help their clients buy and sell Naples area real estate. Marlene was recently featured on HGTV's House Hunters as Naples' luxury lifestyle real estate guru.

Marlene's attention to detail, extensive knowledge of the real estate market, and her friendly, out-going personality keep her clients coming back time and time again. Her greatest compliment is your referral of a friend or family. Please call Marlene direct at (239) 821-9046 or email to: marlenegraham@earthlink.net.

You may also contact her or any member of the Top-Producing Marlene Graham Team of Downing-Frye realty by calling the office number at (239) 261-0153. And be sure to visit her team's website: www.NaplesHomeFinders.com

# EXHIBIT "B"

*From Key West Tourist Center.com*

# KEY WEST TOURIST CENTER

Learn about Key West Restaurants, Shopping, Attractions, Accommodations, History and Fun, Fun, Fun! KeyWestTouristCenter.com

## TO UNDERSTAND KEY WEST IS TO LOVE KEY WEST!

by Marlene Graham

Author of Headfirst Into America (Amazon Books) and featured as a travel writer on TODAY (interviewed by Al Roker), CNN, OPRAH (interviewed by Oprah), DONNY & MARIE, HOME AND FAMILY, NPR, THE VIEW (interviewed by Barbara Walters), LADIES HOME JOURNAL, MIAMI HERALD, PHILADELPHIA INQUIRER, NAPLES NEWS, N MAGAZINE and hundreds more media outlets in the United States and around the world.

Owner of: www.NaplesTouristCenter.com, www.BonitaTouristCenter.com, www.EsteroTouristcenter.com, www.MarcoTouristCenter.com, www.PineIslandTouristCenter.com, www.NaplesHomeFinders.com, www.RentalHousesOnline.com, www.NaplesHomefinders.com, www.NaplesAgents.com, www.LelyProperties.com, www.PalominoVillage.com, www.NaplesGolfRentals.com, www.MastersReserve.com and many more sites.

I have to admit that the first time I went to Key West I was not so impressed. I was getting off a cruise ship with a mass of humanity; we didn't have much time; and while I enjoyed it because I was in my 20s and I wanted to hit the bars, I left with the impression, been there done that. Might want to do that again in ten years or so.

But now that I have gotten to know Key West beyond Duval Street, I realize the deep history of this town, its resistance to change, and the fact that it truly is the "Caribbean island in America."

Several years back I visited a wonderful, quaint island in the Abacos called Green Turtle Cay (pronounced "Key".) It was only 3 miles by 1 mile and now I realize that is where much of Key West came from. These are in many ways twin communities, extensions of one another. When the sponge industry in Green Turtle Cay went down the tubes, desperate people rolled their little houses onto boats and headed over to their new Conch Republic in America. It is interesting that both locations have a park filled with busts of early Abacos settlers, some of whom later became Key West settlers. We saw many of the same people in both venues.

True when you first see the shacks and the chickens walking around, the typical American is taken aback. But once you realize you are looking at history, a different way of life semi-preserved and now merged with people who wanted a more laid back, less ostentatious lifestyle: drifters, writers, ex-hippies, regular retirees and wealthy upper-crust (okay, so they may be a bit ostentatious), you realize the uniqueness of this locale. Just about every facet is represented in all their glory.

Since I have so many websites, it will take a while to develop this out to be equivalent to other of my sites. However, I want to be able to answer your questions if you do not find what you are looking for on this site.

I am putting some links below regarding places for which I have personal experience and on which I will comment and give you my personal experiences in their regard in the future. (Scroll to bottom)

To the right I will list businesses in Key West, whether or not I have had personal experiences with them, and if you want to share your personal experiences with me -- good or bad -- I will try to make room for those, but please be honest. Don't be overly gushy if you are involved with the company and don't be mean if you are a competitor : ) . We all have to help each other out in this economy.

Also if you have a question about Key West that you cannot find on this site, please feel free to email me at marlenegraham@earthlink.net. If I don't know the answer, I will find someone for you who does.

Thanks! And enjoy Key West!

## RESTAURANTS

Blue Heaven, Key West  http://www.blueheavenkw.com/

Turtle Kraals http://www.turtlekraals.com/

## HOTELS

Westin Key West http://www.westinkeywestresort.com/

## BARS

Irish Kevins http://www.irishkevins.com/

Sloppy Joes http://www.sloppyjoes.com/

## ON THE WATER

Barefoot Billy's Jet Ski Tour at the Reach Resort: http://reachwatersports.com/

Fury Cruises  http://www.furycat.com/

Sunny Days Cruises  http://www.sunnydayskeywest.com/index.htm

## MUSEUMS

Key West Shipwreck Museum  http://www.shipwreckhistoreum.com/

Mel Fisher Treasures http://www.melfisher.org/shipwrecks.htm

## ATTRACTIONS

Key West Butterfly and Nature Conservatory http://www.keywestbutterfly.com/

## TRANSPORTATION

Key West Trolley Tour http://www.trolleytours.com/key-west/

Key West Conch Train Tour http://www.conchtourtrain.com/

Have fun with this site: www.TheMostInterestingWomanInTheWorld.com

Comments (0) | TrackBack (0)

# EXHIBIT "C"

# Miccosukee, Florida

From Wikipedia, the free encyclopedia

**Miccosukee** means " Naked River", and is a historical small unincorporated community in northeastern Leon County, Florida, at the junction of County Road 59 (Veterans Memorial Drive) and County Road 151 (Moccasin Gap Road).



Location

## Contents

- 1 Geography
- 2 History
- 3 Historical Places
- 4 Civil War History
- 5 Political
- 6 References
- 7 External links

## Geography

Miccosukee, like other unincorporated areas in northern Leon County, is an area of rolling hills dotted with ponds and lakes. The large, swampy Lake Miccosukee borders the eastern edge of the community.

## History

This village was first settled by American Indians belonging to the Creek Tribe often in armed battles with white settlers. It was mapped by the British in 1778 and originally called Mikasuki with 60 homes, 28 families, and a town square. Some 70 gunmen protected the town. It was the capital of the short-lived State of Muskogee.

In 1818, Andrew Jackson invaded the village and defeated village chief Kinhagee. In 1831, the U.S. Post Office was built along with schools, churches, and stores. Eventually the area became a center of cotton plantations as was most of Leon County. Miccosukee had 2 cotton plantations nearby in Ingleside Plantation and Blakely Plantation.



Settlement of Miccosukee, Leon County, Florida.

After the Civil War, the area reverted to farms and by 1887, the Florida Central Railroad served Miccosukee. During the 1890s, wealthy industrialists bought large tracts of land for quail hunting plantations or estates removing thousands of acres of land from agricultural production. Miccosukee thrived until the boll weevil infestation of 1918. The Great Depression (1929-1935) destroyed Leon County's agriculture and the railroad pulled out in the mid

Miccosukee, Florida - Wikipedia, the free encyclopedia   Page 3 of 3

1940s.

## Historical Places

- Concord Elementary School was built in 1934 in the town of Miccosukee for grades 1-6. It was closed in the mid-1980s. The building is still used for Miccosukee's Head Start program.
- Van Brunt-Morris House just north of the junction of State Road 59 and Moccasin Gap Road.
- Averitt-Winchester House
- Miccosukee Methodist Church
- Strickland-Herold House NW of the junction State Road 59 and Moccasin Gap Road.

## Civil War History

During the Civil War, soldiers from Miccosukee enlisted in Company K, 5th Florida Infantry and Company B, 1st Florida Cavalry. The following soldiers are interred at Runners Cemetery and other locations.

- Pvt. Walter H. Averitt - Born December 24, 1841 in North Carolina. More details
- 3rd Lieutenant Walter Richard Blake, Jr. - Born January 13, 1836 in Leon County. More details
- 2nd Corporal C. Washington Branch - Born 1838 in Leon County More details.
- Captain Isham Miles Blake - Born May 3, 1837 in Leon County. More details
- Pvt. Leonidas Byrd - Birth date unknown. More details
- Pvt. John Alexander Cromartie - Born August 14, 1834 in North Carolina More details.
- 4th Sergeant Jesse Sinclair Montford - Born June 13, 1829 in Leon County. More details

## Political

| Miccosukee Governmental Representation | | |
|---|---|---|
| **Position** | **Name** | **Party** |
| County Commission At-Large | Cliff Thaell | Democrat |
| County Commission At-Large | Akin Akinyemi | Democrat |
| Commissioner Dist. 4 | Bryan Desloge | Republican |
| U.S. House | Allen Boyd | Democrat |
| Florida House | Michelle Vasilinda | Democrat |

## References

- Paisley, Clifton; *From Cotton To Quail*, University of Florida Press, c1968.

## External links

- 1940 map of Miccosukee

- Miccosukee Land Co-op
- Van Brunt-Morris House
- Photo of Reeves Fish Camp, Reeves Landing, Lake Miccosukee.

Coordinates: 30°35'41"N 84°02'29"W

Retrieved from "http://en.wikipedia.org/wiki/Miccosukee,_Florida"
Categories: Unincorporated communities in Leon County, Florida | Tallahassee metropolitan area |
Capitals of former nations | History of Leon County, Florida

- This page was last modified on 17 August 2009 at 11:40.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.
- Contact us

Web  Images  Videos  Maps  News  Shopping  Mail  more ▼

marlenegraham@earthlink.net | Web History | Settings ▼ | Sign out

# Google

"miccosukee florida" church          [ Search ]   Advanced Search

Web  ⊞ Show options...      Results **1 - 10** of about **7,600** for **"miccosukee florida"** church. (0.40 seconds)

Local business results for **church** near **Miccosukee, FL**



**Miccosukee United Methodist Church**
miccosukeeumc.org - (850) 894-8046 - More

**Pisgah Church**
www.umc.org - (850) 668-4777 - More

**Church** of God of Prophecy
www.cogop.org - (850) 668-2956 - More

**St Phillip Primitive Baptist Church** of Christ
**church**-of-christ.org - (850) 893-9347 - More

**Celebration Baptist Church**
www.icelebration.org - (850) 893-1709 - More

**Killearn United Methodist Church**
www.kumconline.org - (850) 893-1116 - More

**Cornerstone Presbyterian Church**
www.cornerstonetlh.org - (850) 668-9504 - More

More results near Miccosukee, FL »

**Miccosukee Methodist Church** - Wikipedia, the free encyclopedia
May 17, 2009 ... Miccosukee Methodist **Church** is located in Florida ... or Concord Methodist
Episcopal **Church**) is a historic **church** in **Miccosukee, Florida**. ...
en.wikipedia.org/wiki/Miccosukee_Methodist_Church - Cached - Similar -

**Miccosukee, Florida** - Wikipedia, the free encyclopedia
Aug 17, 2009 ... Location of **Miccosukee, Florida**. Miccosukee means " Naked River", ...
Averitt-Winchester House · Miccosukee Methodist **Church** ...
en.wikipedia.org/wiki/Miccosukee,_Florida - Cached - Similar -

**Miccosukee, Florida** at AllExperts
Location of **Miccosukee, Florida** Miccosukee is an historical small ... In 1831, the U.S. Post
Office was built along with schools, **churches**, and stores. ...
en.allexperts.com › Encyclopedia - Cached -

**Miccosukee, Florida**: Facts, Discussion Forum, and Encyclopedia Article
The Miccosukee Methodist **Church** is a historic **church** in **Miccosukee, Florida**, Florida. It is
located ont State Road 59 , south of the junction with State ...
www.absoluteastronomy.com/topics/Miccosukee,_Florida - Cached -

Miccosukee: Weather from Answers.com
In 1831, the U.S. Post Office was built along with schools, **churches**, and stores. ... It uses
material from the Wikipedia article "**Miccosukee, Florida**". ...
www.answers.com/topic/miccosukee - Cached - Similar -

**Miccosukee Methodist Church** [HISTORIC **CHURCH**] and other Miccosukee ...

# Miccosukee Methodist Church

From Wikipedia, the free encyclopedia

The **Miccosukee Methodist Church** (also known as the
**Miccosukee United Methodist Church** or **Concord
Methodist Episcopal Church**) is a historic church in
Miccosukee, Florida. It is located ont County Road 59, south
of the junction with State Road 151. On June 28, 1996, it was
added to the U.S. National Register of Historic Places.

| Miccosukee Methodist Church |
| U.S. National Register of Historic Places |
|---|
|  |

| | |
|---|---|
| **Location:** | Miccosukee, Florida |
| **Coordinates:** | 30°35′36″N 84°2′28″W |
| **Added to NRHP:** | June 28, 1996 |

## References and external links

- Leon County listings at National Register of Historic
  Places
- Florida's Office of Cultural and Historical Programs
    - Leon County listings
    - Miccosukee Methodist Church

Retrieved from
"http://en.wikipedia.org/wiki/Miccosukee_Methodist_Church"
Categories: Methodist churches in Florida | National Register
of Historic Places in Leon County, Florida | Florida Registered
Historic Places building and structure stubs | United States church stubs

- This page was last modified on 17 May 2009 at 15:48.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms
  may apply. See Terms of Use for details.
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit
  organization.
- Contact us

**Airfare deals**
⊙⊙ tripadvisor

From Naples, FL - Nap    To    Travelers 1 ⊟

Depart 12/18/2009    Return 12/25/2009

MORE OPTIONS » One-way, multi-city, etc.

**Find Flights**

Become a Virtual Tourist Member Today!  Sign Up for Free | Sign In

# Nightlife in Miccosukee.... it ain't Las Vegas and other Miccosukee, FL Nightlife Tips



Search:    Destinations    GO!

- Home
- Travel Guides
- Book Travel
- Meet Members
- Travel Deals
- Trip Planner
- Forums

Home » North America » United States of America » Florida » Miccosukee » pchamlis's Miccosukee Page » Nightlife in Miccosukee.... it ain't Las Vegas and other Miccosukee, FL Nightlife Tips

## Miccosukee Nightlife Tips by pchamlis

See the Entire Miccosukee Travel Guide

- Intro
- Tips
- Travelogues
- Photos (80)



pchamlis ♨ ♂
Aretha Franklin was wrong. We are nowhere NEAR running out of fools.

📧 email me
🏵 add as friend

| | |
|---|---|
| Real Name: | Pete |
| Lives In: | Tallahassee, US |
| Member Since: | Mar 09, 2003 |
| VT Rank: | 106 |

pchamlis' Travel Pages

> View Larger Map
* Tallahassee, US ▤ 93 📷 189
* Key West, US ▤ 41 📷 98
* Wakulla Springs, US ▤ 16 📷 36
* Fernandina Beach, US ▤ 6 📷 13
» more...

Miccosukee Travel Guide | Forums | Deals | Meetings | Local Members

Tips 1 - 2 of 2
Miccosukee Nightlife
Sort by: Most Recent | Best Rated | Author's Order

virtual Tourist

Web   Images   Videos   **Maps**   News   Shopping   Mail   more ▼

marlenegraham@earthlink.net | My Profile | Web History | My Account | Help | Sign out

Search Maps     Show search options

Find businesses, addresses and places of interest.

Get Directions   My Maps                                    Edit this place   «            Print | Email | Link

# Miccosukee Community Center

13887 Moccasin Gap Road, Miccosukee, FL
(850) 893-9226


leoncountyfl.gov


©2009 Google                Map data ©2009 Google

Directions   Search nearby   more ▼

**Category:** Recreation Center

### Details

**Products And Services:** Memberships

SuperPages.com



### Photos


leoncountyfl.gov


leon.fl.us

Report inappropriate photo

Sponsored Links

**Rehab That Works**
This Time You Won't Have
Repeat Rehab to Get Clean
RehabInpatientDrug.com/GetStayClean

**Florida Hearing Aids**
On-Ear & In-Canal from 389 & 449
Direct To Your Door-60 Day Trial
www.naturear.com

**Florida Herpes Testing**
400 Same Day Herpes Testing
Sites in Florida. 1-800-610-0346
www.LocalSTDtesting.com/Florida

**Help with Senior Care**
Free caregiver referral service
helps you find good care quickly.
www.ElderCareLink.com

### Reviews                                        Write a review

Be the first to write a review

### Web Pages

**Products And Services: Memberships**
Products And Services: Memberships ...
www.superpages.com/.../Miccosukee-**Community**-**Center**-L00...

**Amusement Parks in Tallahassee, FL - Best of the Web Local**
... **Miccosukee Community Center** 850) 893-9226 Billingsley Rd, Tallahassee, FL
32301 ...
local.botw.org/Florida/Tallahassee/...and.../Amusement_Parks/

### User Content

**miccosukee community center**
In the map spaghetti 100 · By Chris Judd

**Miccosukee Community Center**
In the map Miccosukee Community Center · By JMcCorve



**Visiting Miccosukee?**

Read reviews about Miccosukee Hotels

Real Reviews from Real VirtualTourist Members.



Hotel brochure          Traveler photo

**GET THE REAL STORY >**

advisor

Miccosukee Community Center: Another look at the Miccosukee Community Center

• Tip Rating: ★★ ★★✦

• Updated by pchamlis on Apr 18, 2005
• Miccosukee Travel Guide

• Send to a Friend

**Miccosukee Travel Guide**
**Miccosukee Nightlife Tips**
Miccosukee Hotels
Miccosukee Forum
Miccosukee Top 5 Pages
Miccosukee Deals
Miccosukee Members
Miccosukee Meetings & Events



• The Miccosukee Community Center
• by pchamlis
• Send Photo to a Friend

**Nightlife Spot:** Miccosukee Community Center

Same as previous tip, basically. I just wanted to give you a better look at the Community Center building.

BTW, we used to have our town voting precinct at this center, which was fine. It's been moved to Indian Springs Baptist Church, which I love..... since it's next door to my house. To vote in any election, I just take a nice 100 yard walk.

There is one nifty little perk to voting in Miccosukee elections. I shared this detail with my friend karenincalifornia, and she absolutely adored it. At her request, I am including it with this tip...

In Miccosukee, the poll workers usually bake homemade cookies on election day. Then, when people vote, they're treated to "I Voted" homemade cookies. I had a nice coconut macaroon last time, and it was very very good. It was the second-best homemade macaroon I'd ever had. ; )

Leave a Comment

**Theme:** Other
Add to Your Trip Planner | Post a Question | Write a Tip
**Rate**   ⚑ Not Helpful ⊙ 1 ⊙ 2 ⊙ 3 ⊙ 4 ⊙ 5 Very Helpful ⚑

**More Miccosukee Tips**

**Miccosukee Forum**

» All Miccosukee Posts
» Ask about Miccosukee

**Miccosukee Deals**

» All Miccosukee Deals
» Post a Miccosukee Deal

**Destinations near Miccosukee**

• Lloyd, 13.15 km / 8.17 miles
• Monticello, 17.26 km / 10.72 miles

» See all locations nearby
» Popular Florida locations
» Popular United States of America locations
» Popular North America locations

Show Summary View



No one owns Florida Miccosukee.com



© 2009 DomainTools, LLC All rights reserved.

# EXHIBIT "D"



Web | Images | Videos | Maps | News | Shopping | Mail | more ▼

marlenegraham@earthlink.net | Web History | Settings ▼ | Sign out

# Google  [ miccosukee florida real estate ]   [ Search ]   Advanced Search

---

Web | ⊞ Show options...      Results 1 - 10 of about **18,600** for **miccosukee florida real estate**. (0.35 seconds)

**Homes.com - Real Estate and Homes For Sale.**
Homes.com - The world's best **real estate** web site of homes, **real estate**,
realtors, and homes for sale. Find **real estate** agents, mortgage loans and
rates, ...
www.homes.com/**Real_Estate**/FL/City/**MICCOSUKEE** -
Cached -

**Miccosukee real estate & Miccosukee homes for sale |**
**Single family ...**
REALTOR.com® is the leading website to find **real estate** in **Miccosukee**,
**FL** or property listings provided by the local MLS. Here, you'll discover
detailed ...
www.**realtor**.com/realestateandhomes-search/**Miccosukee_FL** -
Cached - Similar -

**Miccosukee FL Real Estate Search & Miccosukee FL**
**Homes For Sale ...**
**Miccosukee FL Real Estate** Search and Homes For Sale - 0 Properties Found. Find
**Miccosukee FL real estate**, foreclosures, school district information, ...
www.clrsearch.com/RSS/**Real_Estate**/FL/Miccosukee/ - Cached -

**Apartments for Rent in Miccosukee, FL | Miccosukee, Florida Rental ...**
View apartments and homes for rent in **Miccosukee**, **FL**. Detailed information for each
**Miccosukee** apartment for rent including monthly rent, number of bedrooms ...
www.**realestate**.com/FL/**Miccosukee**/rentals.aspx - Cached -

   **Miccosukee, FL New Homes for Sale | New Construction Houses and ...**
   Find New Construction Homes For Sale in **Miccosukee**. Find **Miccosukee** new homes for
   sale and **Miccosukee** new construction listings at **RealEstate**.com.
   www.**realestate**.com/FL/**Miccosukee**/new-homes.aspx - Cached -

   ⊞ Show more results from www.realestate.com

**Miccosukee Real Estate, Miccosukee Homes For Sale, Miccosukee ...**
**Miccosukee Real Estate** - Search **Miccosukee**, FL Homes For Sale, realtors, home values
and find **real estate** information for **Miccosukee**, **Florida** home buyers ...
www.homegain.com/local_**real_estate**/FL/miccosukee.html - Cached -

**Miccosukee Commercial Real Estate for Sale and Lease - Miccosukee ...**
**Miccosukee**, **Florida** commercial **real estate** for sale and lease on LoopNet.com. Find
**Miccosukee** brokers. Get **Miccosukee** recent sales comparables, **Miccosukee** ...
www.loopnet.com/**Florida**/**Miccosukee**-Commercial-**Real-Estate**/ - Cached -

**Miccosukee, Florida Vacation Home Rentals** - Dec 1
**Miccosukee**, **Florida** offers great vacation house rental and home rental-by-owner deals for
the ... **Miccosukee Florida Real Estate** -SPONSORED LINKS- ...
www.trails.com › Vacation Rentals › United States › Florida - Cached - Similar -

**Miccosukee, Florida (32309) Conditions & Forecast : Weather ...**
Dec 4, 2009 ... Frontier Estates, 7.4mi E of town, Tallahassee, **FL** ... **Real Estate** Guide.

Sponsored Links

**Seminole Real Estate**
Search All **Real Estate** Listings
in Seminole, **FL** Area
www.HomesInFlorida.com

**Florida Swim Lessons**
We offer local search in your area.
Find **Florida** Swim Lessons Here!
**Florida**.Local.com

See your ad here »

**Miccosukee** Homes For Sale · **Miccosukee** Foreclosures · **Miccosukee** ...
www.wunderground.com/US/**FL**/**Miccosukee**.html - 1 hour ago - <u>Cached</u> - <u>Similar</u> -

## <u>Miccosukee, Florida Information - ePodunk</u>
Get all the local information you need on **Miccosukee, Florida**, FL - community history, ...
Housing & **real estate**. Find Foreclosure in **Miccosukee** ...
www.epodunk.com › Florida › All counties › Leon County - <u>Cached</u> - <u>Similar</u> -

Goooooooooogle ▶

1 <u>2</u> <u>3</u> <u>4</u> <u>5</u> <u>6</u> <u>7</u> <u>8</u> <u>9</u> <u>10</u>　　**<u>Next</u>**

Personalized based on your web history. <u>More details</u>

➕<u>Add a result</u> - <u>See all my SearchWiki notes</u> - <u>See all notes for this SearchWiki</u> - <u>Learn more</u>

---

| miccosukee florida real estate | Search |

<u>Search within results</u> - <u>Language Tools</u> - <u>Search Help</u> - <u>Dissatisfied? Help us improve</u> - <u>Try Google Experimental</u>

---

<u>Google Home</u> - <u>Advertising Programs</u> - <u>Business Solutions</u> - <u>Privacy</u> - <u>About Google</u>



Show Summary View

Guest! Login/Join

## DomainTools

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Aftermarket.com Live Auctions | Domain Monitor |

| Domain Directory | Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more>> |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Registrant Search | Registrant Alert |

Ads by Google

**SarasotaEnchanted Flowers**
Order Today - Lowest Prices! Order 24 Hours 1-
800-553-8455
sarasotaenchantedflowers.com

**Affordable Domains**
Quick Domain Name Registration & Easy to Use
Tools. Learn More!
www.NetFirms.com/Domain-Names

**Renaissance Miami**
Unique Style & Attentive Service. Imaginative
Dining & More. Book Now
Marriott.com/RenaissanceHotels

## MiccosukeeFl.com Whois Record ( Miccosukee Fl )

Domain Name                    [ Whois ]

| Whois Record | Site Profile | Registration | Server Stats | My Whois |

### Whois Record

Registrant Search: "Melissa Raulston" owns about  **49 other domains**
Email Search: hostmaster@itgsolutions.net  is associated with about **4 domains**

Registrar History: **1 registrar**
NS History: **5 changes** on 4 unique name servers over 1 year.
IP History: **7 changes** on 5 unique name servers over 2 years.
Whois History: **3 records** have been archived since 2009-09-11 .
Reverse IP: **32 other sites** hosted on this server.

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!  Find out more >

```
miccosukeefl.com

Registrant:
    Melissa Raulston   (hostmaster@itgsolutions.net )
    ITG Solutions.net
    1233 N Duval Street
    Tallahassee, FL  32303
    US
    850-555-1212

Domain Name: miccosukeefl.com

Administrative, Technical, Billing Contact:
    Melissa Raulston   (hostmaster@itgsolutions.net )
    ITG Solutions Inc
    1233 N Duval Street
    Tallahassee, FL  32303
    US
    850-555-1212

    Record created on Sep 9 2009.
    Record expires on Sep 9 2010.
Domain servers:
    ns.itgsolutions.net
    ns1.itgsolutions.net
    ns2.itgsolutions.net

Domain Service Provider:
    ITG Solutions Inc.
```

*Tallahassee person own J Miccosukee Fl. com*

**Add Missing Thumbnail:**
Queue Thumbnail For Addition

GRAB YOUR .CO.UK DOMAIN
FOR ONLY 6 EUR

| Country TLDs | General TLDs |

| MiccosukeeFl.at | Buy |
| MiccosukeeFl.be | Buy |
| MiccosukeeFl.ch | Buy |
| MiccosukeeFl.cn | Buy |
| MiccosukeeFl.co.uk | Buy |
| MiccosukeeFl.de | Buy |

Show all (18) >

[ Buy all selected > ]

Memberships | Support | Registrant Search | Whois | Desktop Tools | Stock Ticker | Blog | Site Map

© 2009 DomainTools, LLC All rights reserved.


Domaining
Recommends this site

http://whois.domaintools.com/miccosukeefl.com                                    12/4/2009



Extravaganza Under the Oaks

# NORTH FLORIDA
## BRITISH MOTORING CLUB

Miccosukee, Florida

**Van Brundt-Morris Home**
**Miccosukee, Florida**
**Saturday, April 4, 2009**
**9:00 am – 5:30 pm**

| | **Schedule** |
|---|---|
| 9:30 | **Registration** |
| 10:00 2:00 | **People's Choice Judging** |
| 12:00 – 1:00 | **Lunch** |
| 3:30 – 5:00 | **Canopy Road Drive** |
| 5:30 | **Dinner** |

The North Florida British Motoring Club will host Extravaganza Under the Oaks for the British car enthusiast in the historic Crossroads community of Miccosukee. There will be live music all day featuring **"Tommy, Jo, & the GIG Band"**. Cars will be displayed in the gardens surrounding the historic Van-Brundt-Morris home. Lunch and dinner will be catered so that attendees don't have to drive very far for meals. We will also host a silent auction featuring items provided by local businesses, national automobile vendors and club members. And there will be a 50/50 drawing at the end of the day.

Because of space limitations, registration is being limited to 100 cars. Early registration is highly recommended.

### Event Host Hotel

County Inns and Suites on Walden Road in Tallahassee is offering great prices on their rooms for individuals attending this event. Tell them that you are attending the British car show in Miccosukee so that you get the rates offered for this event.



3080 Walden Rd
Tallahassee, FL 32317
(850) 942-9955

**Across from the World**
**Famous Tallahassee**
**Antique Car Museum!**

**Friday Night Social**. On April 3rd, Country Inns & Suites will host a wine and cheese social for those attendees who decide to arrive the night before the event. All registrants are invited to attend.



# EXHIBIT "E"



Web  Images  Videos  Maps  News  Shopping  Mail  more ▼

marlenegraham@earthlink.net | Web History | Settings ▼ | Sign out

**Google**  miccosukee florida        **Search**  Advanced Search

Web  ⊞ Show options...        Results **1 - 10** of about **1,950,000** for **miccosukee florida**. (0.15 seconds)

**Miccosukee, FL** maps.google.com

Sponsored Links

**Florida** Swim Lessons
Check Out Local.com To Find
**Florida** Swim Lessons In Your Area!
Local.com

**Florida** Lesson Plans
Teachers! Search 150,000 Lessons
Professionally Reviewed by Peers.
LessonPlanet.com

See your ad here »



**Miccosukee, Florida** - Wikipedia, the free encyclopedia
Aug 17, 2009 ... **Miccosukee** means " Naked River", and is a historical small unincorporated
community in northeastern Leon County, **Florida**, at the junction of ...
Geography - History - Historical Places - Civil War History
en.wikipedia.org/wiki/**Miccosukee,_Florida** - Cached - Similar -

**Miccosukee** - Wikipedia, the free encyclopedia
The **Miccosukee** are a Native American tribe living in **Florida**. They are descendants of the
Lower Chiaha, a Muskogee Creek tribe and have had centuries of ...
en.wikipedia.org/wiki/**Miccosukee** - Cached - Similar -    ↑ ✕

⊞ Show more results from en.wikipedia.org

**Miccosukee** Resort & Gaming
Bingo, pulls tabs and poker offered by the **Miccosukee** Tribe in Miami.
www.**miccosukee**.com/ - Cached -    ✕

**Miccosukee** - Tribe of Indians of **Florida**
Home · Resort · Gaming · Calendar · Nightlife · Tribe · Indian Village · Golf Club · Location ·
Contact. Sorry, Your browser doesnt support iframes ...
www.**miccosukee**resort.com/tribe.htm - Cached - Similar -

**Miccosukee, Florida FL** Community Profile / Leon County, **FL** Data - Nov 18

**Miccosukee, Florida FL** Community Profile with maps, aerial photos, schools, hospitals, airports, real estate MLS listings and local jobs.
florida.hometownlocator.com › ... › Florida Cities - Cached - Similar -

### Miccosukee, Florida Information - ePodunk
Get all the local information you need on **Miccosukee, Florida**, FL - community history, demographics, local search and more at ePodunk.
www.epodunk.com › Florida › All counties › Leon County - Cached - Similar -

### Miccosukee Indian Village, Florida
3-1011 Fax The story of the **Miccosukees** has been a story of survival through adaptation. In 1821, when Spain ceded **Florida** to the United States, ...
www.familytravelguides.com/articles/.../Miami/miccos1.html - Cached - Similar -

### Miccosukee, Florida (32309) Conditions & Forecast : Weather ...
Multiple Styles to Choose From; Display Current conditions. Get Your Weather Sticker!
**Miccosukee, FL**. 44.0 °F. Clear. at 4:22 AM EST. (Click for forecast) ...
www.wunderground.com/cgi-bin/findweather/getForecast?... - Cached - Similar -

### Miccosukee Tribe of Indians of Florida: 32nd Annual Indian Arts ...
The Paradise Coast brings together the natural wonders and wildlife of the Everglades with the spectacular white sand beaches of Naples and Marco Island at ...
www.paradisecoast.com/events/moreinfo.php?id=1282 - Cached - Similar -

### Miccosukee, Florida Vacation Home Rentals - Dec 1
Great deals on vacation house and home rentals, cabins, condos, bed & breakfast inns, luxury suites, and holiday packages in **Miccosukee, Florida**.
www.trails.com › Vacation Rentals › United States › Florida - Cached - Similar -

Searches related to: miccosukee florida

miccosukee **indians** florida    miccosukee **resort** florida    miccosukee **miami fl**



1 2 3 4 5 6 7 8 9 10    **Next**

Personalized based on your web history. More details

⊞ Add a result - See all my SearchWiki notes - See all notes for this SearchWiki - Learn more

miccosukee florida    [ Search ]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google